# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lord A. Umazar,

       Plaintiff(s),                                 JUDGMENT IN A CIVIL CASE

vs.                                                     3:04-cv-334

Presbyterian Hospital, et al,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/23/05 Order.

**Signed: June 27, 2005**

Frank G. Johns, Clerk
United States District Court